JTW: 03.03.21
LAD USAO # 2020R00891



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN -3 PM 4: 05

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. CCB-21-cr-201 |
| | * | |
| **STEVEN WOOLFORD,** | * | (Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| **Defendant** | * | |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about November 21, 2020, in the District of Maryland, the defendant,

**STEVEN WOOLFORD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Smith and Wesson M&P 9 Pro Series C.O.R.E. 9 mm Luger semi-automatic pistol, bearing serial number HLR7453; and 18 rounds of 9 mm ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count One, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in that offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. One Smith and Wesson M&P 9 Pro Series C.O.R.E. 9 mm Luger semi-automatic pistol, bearing serial number HLR7453; and

   b. Approximately 18 rounds of 9 mm ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Fed. R. Crim. P. 32.2

*Jonathan F. Lenzner/LAD*
Jonathan F. Lenzner
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

6/3/2021
Date

2